BEFORE THE SECOND DIVISION, JULY 1, 1940

**No. 44073.**—Protests 809316–G, etc., of W. V. Baron & Co. et al. (St. Louis).

Opinion by Kincheloe, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.